**No. 45744.**—Protest 809225–G of Gaspero Collia (Detroit).

Opinion by EVANS, J. On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protest was dismissed.